```
 1  CASPER J. RANKIN (CA SBN 249196)
    TRAVIS J. LILLIE (CA SBN 267339)
 2  JOSEPH C. DELMOTTE (CA SBN 259460)
    PITE DUNCAN LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
 5  Facsimile: (619) 590-1385

 6  Attorneys for  J.P. MORGAN MORTGAGE ACQUISITION CORP.
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 10-50570 |
|---|---|
| RONALD LANCE AND DEYANIRA LANCE, | Chapter 13 |
|  | R.S. No. PXO-304 |
| Debtors. | STIPULATION TERMINATING AUTOMATIC STAY |
|  | DATE: July 28, 2010<br>TIME: 3:00 pm<br>CTRM: 3070 |
|  | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

    J.P. Morgan Mortgage Acquisition Corp. (hereinafter "Movant"); and Ronald Lance and Deyanira Lance (hereinafter "Debtors"), by and through their respective attorneys of record, in the within matter, hereby agree to the following Stipulation Terminating Automatic Stay in regard to the real property commonly described as 717 Fairmont Dr., Salinas, California 93901 (hereinafter the "Real Property"), which is more fully described in the Deed of Trust. A true and correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference, and which is the subject of this Stipulation.

/././

/././

Case: 10-50570    Doc# 30    Filed: 08/24/10    Entered: 08/24/10 08:27:20    Page 1 of 2

IT IS HEREBY STIPULATED THAT:

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated, as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust. However, because of a potential loan modification, no foreclosure sale may occur before September 27, 2010 or until a written loan modification denial letter is provided to Debtor, whichever occurs first.

2. Upon foreclosure, in the event the Debtors fail to vacate the Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law.

3. The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law.

5. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

6. This Order shall remain binding and effective in any conversion of this case to another chapter under the bankruptcy code.

IT IS SO STIPULATED:

PITE DUNCAN LLP

Dated: 8/24/10      By: /s/ Travis J. Lillie
                        TRAVIS J. LILLIE
                        ATTORNEY FOR MOVANT, J.P.
                        MORGAN MORTGAGE ACQUISITION
                        CORP.

Dated: 8.6.2010     By: _____
                        JASON VOGELPOHL
                        ATTORNEY FOR DEBTORS

Case: 10-50570   Doc# 30   Filed: 08/24/10   Entered: 08/24/10 08:27:20   Page 2 of 2